# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANITA ROBERTSON HULSE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01011-DCJ-CBW |
| DARI VIZIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01017-DCJ-CBW |
| DYLAN STANFORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01038-DCJ-CBW |
| ANGELA BROUSSARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01033-DCJ-CBW |

| | |
|---|---|
| APRIL BUTLER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01044-DCJ-CBW |
| BENJAMIN FONTENOT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01045-DCJ-CBW |
| PATRICIA BROOKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01059-DCJ-CBW |
| WAYNE PITRE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADIAN AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No.: 6:24-cv-01077-DCJ-CBW |

**ORDER GRANTING**
**<u>PLAINTIFFS' MOTION TO CONSOLIDATE CASES</u>**

Plaintiffs Anita Robertson Hulse, Dari Vizier, Dylan Stanford, Angela Broussard, April Butler, Benjamin Fontenot, Patricia Brooks and Dwayne Pitre ("Plaintiffs"),

individually and on behalf of all others similarly situated, moved for consolidation of the following actions (collectively, the "Related Actions") for both pre-trial and trial purposes pursuant to Federal Rule of Civil Procedure 42(a):

| | |
|---|---|
| 6:24-cv-01011 | *Hulse v. Acadian Ambulance Service, Inc.* |
| 6:24-cv-01017 | *Vizier v. Acadian Ambulance Service, Inc.* |
| 6:24-cv-01038 | *Stanford v. Acadian Ambulance Service, Inc.* |
| 6:24-cv-01033 | *Broussard v. Acadian Ambulance Service, Inc.* |
| 6:24-cv-01044 | *Butler v. Acadian Ambulance Services, Inc.* |
| 6:24-cv-01045 | *Fontenot v. Acadian Ambulance Services, Inc.* |
| 6:24-cv-01059 | *Brooks v. Acadian Ambulance Service, Inc.* |
| 6:24-cv-01077 | *Pitre v. Acadian Ambulance Services, Inc.* |

Having reviewed the Motion and Incorporated Memorandum in Support and the complaints in all actions and having found that the Related Actions involve some of the same issues of fact and law, grow out of the same alleged data breach involving Defendant Acadian Ambulance Service, Inc. ("Acadian" or "Defendant"), have many of the same claims, and have proposed class definitions that will encompass the same persons, this Court finds that the Related Actions have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such

consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that the Related Actions have sufficient commonality of law and fact and do not increase the risk of an unfair outcome, the Motion is GRANTED. As such, the Court ORDERS the following:

1. The above-listed actions shall be CONSOLIDATED for all purposes into the *Hulse* action, which is the lowest numbered case. All future pleadings, motions, briefs, and other papers shall be filed in the *Hulse* action, Case No. 6:24-cv-01011 which shall hereinafter be a Consolidated Action. The Clerk is DIRECTED to administratively close the remaining actions.

2. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action;

3. Plaintiffs shall file a consolidated amended complaint no later than 30 days following the appointment of interim class counsel;

4. Defendant shall have 30 days from the filing of the consolidated amended

complaint to file a motion to dismiss or otherwise respond thereto, Plaintiffs shall have 30 days thereafter to file their opposition, and Defendant shall have 21 days thereafter to file a reply in support.

It is so ORDERED.

August 14, 2024
Date

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE